ADAMS, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| GREGORY DOAK, ) | |
| ) | CASE NO. 4:05CV1947 |
| Petitioner, ) | |
| ) | Judge John R. Adams |
| v. ) | |
| ) | ORDER & JUDGMENT |
| DAVID BOBBY, ) | |
| ) | |
| Respondent.. ) | |
| ) | |

This Court has examined the Report and Recommendation ("Report") of Magistrate Judge Patricia A. Hemann, which was submitted in this matter on July 7, 2006. In her Report, the Magistrate Judge recommended that the Court dismiss Doak's petition. Having reviewed the matter, the Court hereby adopts the Magistrate Judge's Report and dismisses Doak's petition for lack of jurisdiction. Pursuant to 28 U.S.C § 1915(a)(3), the Court certifies that Doak may not take an appeal from the this decision in good faith.

IT IS SO ORDERED.

   October 5, 2006                                *s/John R. Adams*
Date                                              John R. Adams
                                                        U.S. District Judge